UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO GIL,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>J. BEARD, SECRETARY DEPT. OF CORRECTIONS,<br><br>　　　　　　Respondent. | No. EDCV 13-405-DMG (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that (1) Ground One is denied without prejudice; and (2) Ground Two is denied with prejudice.

DATED:   January 27, 2014

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge